*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 17, 2016                521514
_____

In the Matter of KENDALE
    ROBINSON,
                    Petitioner,

        v                                     MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:  January 19, 2016

Before:  Peters, P.J., Egan Jr., Rose and Devine, JJ.

_____

        Kendale Robinson, Comstock, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision finding petitioner guilty of violating
certain prison disciplinary rules.

        Petitioner, a prison inmate, commenced this CPLR article 78
proceeding to challenge a tier III disciplinary determination
finding him guilty of possessing drugs and smuggling.  The
Attorney General has informed this Court that the determination
has been administratively reversed, all references thereto have
been expunged from petitioner's institutional record and the
mandatory $5 surcharge has been refunded to petitioner's inmate
account.  In view of this, and given that petitioner has received

all the relief to which he is entitled, this proceeding has been rendered moot and must be dismissed (see Matter of Shields v Prack, 131 AD3d 774, 775 [2015]).

Peters, P.J., Egan Jr., Rose and Devine, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court